

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2014

No. 04-14-00464-CV

**IN RE** Sage **BARRERA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

On June 27, 2014, relator Sage Barrera filed a pro se petition for writ of mandamus, seeking relief with respect to a judgment and order in a suit for eviction issued by Justice Sheryl Sachtleben, Justice of the Peace, Precinct Two, Guadalupe County, Texas. This court does not have jurisdiction to grant the requested relief. By statute, this court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004). We conclude the writ is not necessary to enforce our appellate jurisdiction in this instance. Accordingly, relator's petition for writ of mandamus and request for emergency relief are DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on June 27th, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. JEV2-0323, styled *Chererco, LLC v. Sage M. Barrera and Jenesy Barrera*, pending in the Justice Court, Precinct Two, Guadalupe County, Texas, the Honorable Sheryl Sachtleben presiding.